694

29 So.2d 887

### Ex parte Margaret Miller CHILDERS.
### 2 Div. 231.

Supreme Court of Alabama.
Nov. 1, 1946.

Petition for mandamus to L. S. Moore, Judge, Circuit Court, Wilcox County.

Pitts & Pitts and Wilkinson & Wilkinson, of Selma, and L. Y. Sadler, Jr., of Camden, for petitioner.

PER CURIAM.
Rule nisi denied.

GARDNER, C. J., and FOSTER, LAWSON, and STAKELEY, JJ., concur.

32 So.2d 169

### Clyde CLAY v. STATE.
### 8 Div. 370.

Supreme Court of Alabama.
May 22, 1947.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Murder second degree.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed.

32 So.2d 169

### M. C. CLAYTON, Jr. v. STATE ex rel. E. G. PILCHER, Deputy County Solicitor.
### 7 Div. 906.

Supreme Court of Alabama.
May 27, 1947.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.

32 So.2d 169

### George CLOUDUS v. Claud A. HINTON et al. Doing Business as Delview Dairy.
### 6 Div. 516.

Supreme Court of Alabama.
April 24, 1947.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed, want of prosecution.

32 So.2d 169

### H. D. COBB, as President Board of Commissioners of Phenix City, v. G. C. HILYER et al.
### 4 Div. 444.

Supreme Court of Alabama.
March 20, 1947.

Appeal from Circuit Court, Russell County; J. S. Williams, Judge.

Roy L. Smith, Jos. W. Smith, and Arch B. Ferrell, all of Phenix City, for appellant.

W. R. Belcher, of Phenix City, for appellees.

PER CURIAM.
Appeal dismissed, motion of appellant.